2015 WY 124

**In the Matter of the Termination of Parental Rights to SSO, a minor child,**

**ANOL, aka ANO, Appellant (Respondent),**

v.

**State of Wyoming, Department of Family Services, Appellee (Petitioner).**

**No. S–15–0135.**

Supreme Court of Wyoming.

Sept. 16, 2015.

ORDER AFFIRMING THE DISTRICT COURT'S ORDER TERMINATING PARENTAL RIGHTS

[¶ 1] **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's March 13, 2015, "Order Terminating Parental Rights of [ANOL]...." In that order, the district court concluded there was clear and convincing evidence to support three statutory grounds for termination of Appellant's parental rights: (1) the child has been neglected by Appellant, reasonable efforts were unsuccessful in rehabilitating the family, and the child's health and safety would be seriously jeopardized if returned to Appellant; (2) Appellant is incarcerated on a felony and unfit; and (3) the child was in foster care for 15 of the most recent 22 months and Appellant is unfit. Wyo. Stat. Ann. § 14–2–309(a)(iii), (iv), and (v).

[¶ 2] On July 14, 2015, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *EL v. State (In re NRL)*, 2015 WY 27, ¶ 3, 344 P.3d 759, 760 (Wyo.2015). There, this Court announced it would permit *Anders*-type briefs in appeals challenging termination of parental rights. *See Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d

493 (1967). The next day, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before September 3, 2015, Appellant "may file with this Court a *pro se* brief specifying the issues she would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶ 3] Now, following review of the record and the *"Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Order Terminating Parental Rights of [ANOL]...." should be affirmed. It is, therefore,

[¶ 4] **ORDERED** that Kenneth DeCock, court-appointed counsel for Appellant, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5] **ORDERED** that the district court's March 13, 2015, "Order Terminating Parental Rights of [ANOL]...." be, and the same hereby is, affirmed.

[¶ 6] **DATED** this 16th day of September, 2015.

BY THE COURT:
/s/E. JAMES BURKE
Chief Justice